**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LARRY LEGGETT,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

      Defendant.

Case No. 2:22-cv-01823-APG-NJK

**ORDER**

      Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has failed to do so.  Accordingly, Plaintiff must file a certificate of interested parties no later than November 18, 2022.

      IT IS SO ORDERED.

      Dated: November 1, 2022

                                          
Nancy J. Koppe
United States Magistrate Judge

1