# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY LEGGETT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Case No. 2:22-cv-01823-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

Pending before the Court is Plaintiff's motion to extend time for service. Docket No. 10. Pursuant to Federal Rule of Civil Procedure 4(m), the Court **GRANTS** a 90-day extension to file proof of service. Plaintiff must file proof of service no later than April 28, 2023.

IT IS SO ORDERED.

Dated: March 16, 2023

                                                                     _____<br>
                                                                     Nancy J. Koppe<br>
                                                                     United States Magistrate Judge