**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY LEGGETT,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant | Case No.: 2:22-cv-01823-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 35] |

Plaintiff Larry Leggett moves for a short extension of time to file an opposition to the Government's motion for summary judgment. ECF No. 35.  Leggett states in his motion that the Government's counsel refused to consent to the extension. *Id*. at 5-6.  Nevertheless, the Government has not filed an opposition to the motion.  That failure to oppose "constitutes a consent to the granting of the motion." LR 7-2(d).

I THEREFORE ORDER that Leggett's motion **(ECF No. 35) is** GRANTED, nunc pro tunc to November 9. 2024.

DATED this 9th day of December, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE