# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY LEGGETT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendants. | Case No. 2:22-cv-01823-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 67, 71] |

Pending before the Court is Plaintiff's motion to withdraw counsel, Docket No. 67, and stipulation for withdrawal of counsel. Docket No. 71.

The stipulation for withdrawal complies with the procedure set forth by LR IA 11-6(b) as to attorneys Matthews, Sindicich, and Welsh. However, the stipulation incorrectly asserts that "Plaintiff acknowledges that once counsel withdraws, he is proceeding *pro se* and will be solely responsible for all filings." Docket No. 71 at 2 (citation modified). Dick P. Sindicich, Jr. did not join the instant stipulation and, therefore, remains counsel of record for Plaintiff. *See* Docket No. 71; *see also* Docket.

Accordingly, the Court **GRANTS** the stipulation for withdrawal of counsel. Docket No. 71. Attorneys Matthews, Sindicich, II, and Welsh are withdrawn. Attorney Sindicich, Jr. must either withdraw or file notice of local counsel, no later than December 16, 2025. The Court **DENIES** the motion to withdraw as moot. Docket No. 67.

IT IS SO ORDERED.

Dated: December 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1