**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY LEGGETT,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>        Defendant. | Case No. 2:22-cv-01823-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 77, 78] |

On December 18, 2025, the Court issued an Order to Show Cause to Attorney Dick P. Sindicich, Jr. for failure to withdraw or file a notice of local counsel by December 29, 2025. Docket No. 76. On December 29, 2025, Sindicich, Jr. responded to the Order to Show Cause. Docket No. 79.

Accordingly, the Court **DISCHARGES** the Order to Show Cause. Docket No. 76. Further, the Court **GRANTS** Plaintiff's motion to remove Attorney Dick P. Sindicich, Jr. as counsel of record and permit Plaintiff to proceed *pro se*, as well as Plaintiff's supplemental motion. Docket Nos. 77, 78.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1