# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARRY LEGGETT,

    Plaintiff

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant

Case No.: 2:22-cv-01823-APG-NJK

**Order Denying Motions to Vacate, to
Reconsider, and to Clarify**

[ECF Nos. 66, 84]

I previously granted summary judgment in favor of the United States Department of Veterans Affairs, and judgment was entered against plaintiff Larry Leggett. ECF Nos. 44, 45. Leggett subsequently moved for reconsideration, which I denied. ECF No. 63. Leggett then filed a supplemental motion to reconsider that dismissal (ECF No. 60) and a motion to vacate my prior dismissal of his lawsuit (ECF No. 66). He also filed a motion to clarify whether I had considered his prior supplemental motion to reconsider and a supplement to that motion to clarify. ECF Nos. 84, 85. I have reviewed all of those motions, and none of them causes me to change my mind. My original decision remains sound. I therefore deny Leggett's motions.

I THEREFORE ORDER that Leggett's motion to vacate **(ECF No. 66)**, supplemental motion to reconsider **(ECF No. 60)**, and motion to clarify **(ECF Nos. 84, 85) are denied**. This case will remain closed.

DATED this 14th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE